IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE:                                          Misc. No __06-MC 00023__
                                                         __06-MJ-0314__
Miguel Alonso-CANO

---

### ORDER DISMISSING MATERIAL WITNESS WARRANT

---

Upon motion of the United States the material witness warrant in the instant case is hereby dismissed.

                                        s/ Diane K. Vescovo
                                        _____
                                        DIANE K. VESCOVO
                                        UNITED STATES MAGISTRATE-JUDGE
                                        WESTERN DISTRICT OF TENNESSEE