IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE:                                              Misc. No  06-MC-00023

Miguel Alonso-Cano                                        06-MJ-0314

## ORDER DISMISSING MATERIAL WITNESS WARRANT

Upon motion of the United States the material witness warrant in the instant case is hereby dismissed.

s/ Diane K. Vescovo

DIANE K. VESCOVO
UNITED STATES MAGISTRATE-JUDGE
WESTERN DISTRICT OF TENNESSEE